**DENY; and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00802-CV

### IN RE WILLIAM L. FOREMAN, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13056**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Chief Justice Wright

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to disqualify counsel for real party in interest. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because disqualification is a severe remedy, courts must adhere to exacting standards when considering motions to disqualify so they are not used as a trial tactic. *Spears v. Fourth Court of Appeals,* 797 S.W.2d 654, 656 (Tex. 1990) (orig. proceeding). We conclude relator has failed to establish his right to mandamus relief. We deny the petition.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

150802F.P05